## Saxton's Estate.

*Appeals—Nonsuit—Defective paper-book.*

An appeal from a decree dismissing exceptions to an auditor's report will be nonsuited, where the appellant fails to print in his paper-book a large number of the auditor's findings of fact and conclusions of law, and also the argument of the auditor in support of his report.

Hereafter all paper-books which are not prepared in conformity with the rules of the Supreme Court will be suppressed, and the appeal in such cases will be nonsuited.

Motion of appellee for a nonsuit. S. C. January T., No. 420.

The motion was as follows:

The appellee, by his attorney, W. F. Sadler, respectfully moves the court for a nonsuit in this case, under Rule 39, for the reason that the paper-book of the appellant is not prepared as prescribed by the rules of court.

Of thirty-three findings of fact by the auditor, but sixteen have been printed by the appellant.

Of twelve conclusions of law reached by the auditor, but four are printed by the appellant.

The argument of the auditor in support of his report is not printed by the appellant.

The findings and conclusions of law not printed by the appellant, as well as the argument of the auditor, are important and material to a proper consideration of the case by this court.

Rule No. 57 of the court of common pleas of Cumberland county provides as follows:

" The auditor's report shall contain:

" *a.* His commission and the public notice given by him of his appointment, or the written waiver of the notice.

" *b.* Findings of facts, in paragraphs consecutively numbered

after the manner of a special verdict, without quotations from the evidence or discussion of it, or the reasons of the auditor. If he deem it advisable to give his reasons for any findings of facts, he shall do so in his argument in support of his report.

" c. His conclusions of law in paragraphs consecutively numbered.

" d. An account or schedule of distribution, which shall not be blended with the other parts of his report.

" He shall file with his report an appendix containing :

" a. The exceptions to his report, and any ' finding of fact,' submitted by counsel.

" b. The evidence and the minutes of the proceeding before him.

" c. The bill of costs as taxed by him in the manner in which bills of costs are taxed in the prothonotary's office.

" d. The argument in support of his report."

PER CURIAM, April 24, 1900 :

Upon examining the paper-book of the appellant in this case we find that it contains so many and such serious defects, in disregard of the rules of court that we are obliged to enter a nonsuit under Rule 31. We have frequently called the attention of counsel to the very loose practice which prevails in the preparation of the paper-books and to the necessity of a more rigid conformity to the rules being observed, but our admonitions have had but little effect. In the hope that a better practice may prevail in the future we now announce that hereafter all paper-books which are not prepared in conformity with the rules will be suppressed and the appeals in such cases will be nonsuited.